**QUILL & ARROW LLP**
Matthew Treybig, Esq. (SBN 336797)
mtreybig@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**CARLOS MARTINEZ GOMEZ**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian C. Vanderhoof, Esq. (SBN 248511)
brian.vanderhoof@lewisbrisbois.com
Jonathan Won (SBN 293910)
jonathan.won@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California, 94105

Attorneys for Defendant,
**FORD MOTOR COMPANY, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ GOMEZ, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No: 2:25-cv-01360-SB-SK<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Magistrate Judge: Hon. Steve Kim<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, CARLOS MARTINEZ GOMEZ, and Defendant, FORD MOTOR COMPANY, INC. (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: July 10, 2025,                    QUILL & ARROW LLP

                                         By  /s/ Matthew Treybig
                                             Matthew Treybig, Esq.
                                             Attorneys for Plaintiff,
                                             CARLOS MARTINEZ GOMEZ

Dated: July 10, 2025,                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                         By  /s/ Brian C. Vanderhoof
                                             Brian C. Vanderhoof, Esq.
                                             Jad I. Doudar, Esq.
                                             Attorneys for Defendant,
                                             FORD MOTOR COMPANY, INC.

JOINT NOTICE OF SETTLEMENT