1 | **QUILL & ARROW LLP**
Matthew K. Treybig, Esq. (SBN 336797)
mtreybig@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorney for Plaintiff,
**CARLOS MARTINEZ GOMEZ**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian C. Vanderhoof, Esq. (SBN 248511)
Brian.vanderhoof@lewisbrisbois.com
45 Fremont St., Suite 3000
San Francisco, California 94105

Attorneys for Defendant,
**FORD MOTOR COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ GOMEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants.. | Case No: 2:25-cv-01360-SB-SK <br><br> Judge: Hon. Stanley Blumenfeld Jr. <br><br> Magistrate Judge: Hon. Steve Kim <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, CARLOS MARTINEZ GOMEZ, and Defendant, FORD MOTOR COMPANY, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice.

Dated: January 19, 2026        **QUILL & ARROW, LLP**

By _____
Matthew K. Treybig, Esq.
Attorney for Plaintiff
**CARLOS MARTINEZ GOMEZ**

Dated: January 19, 2026        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  /s/ Brian C. Vanderhoof
Brian C. Vanderhoof, Esq.
Attorneys for Defendant
**FORD MOTOR COMPANY**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Brian C. Vanderhoof, Esq. counsel for **FORD MOTOR COMPANY,** and that I have obtained authorization to affix his/her electronic signature to this document.

**QUILL & ARROW, LLP**

*/s/ Matthew K. Treybig*
Matthew K. Treybig, Esq.
Attorney for Plaintiff,
**CARLOS MARTINEZ GOMEZ**