JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARTINEZ GOMEZ, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No: 2:25-cv-01360-SB-SK<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Magistrate Judge: Hon. Steve Kim<br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, the entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: January 20, 2026      By: _____

                               Hon. Stanley Blumenfeld, Jr.
                               United States District Judge